**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MARK E. WEBSTER,** | ) | **Chapter 13** |
| Debtor, | ) | |
| | ) | **Case No.  12-41267** |
| **MARK E. WEBSTER,** | ) | |
| Plaintiff, | ) | **Adversary No.** |
| | ) | |
| **MIDWEST TITLE LOANS,** | ) | |
| Defendant. | ) | |

**COMPLAINT TO COMPEL TURNOVER OF ASSET**

COME NOW the Plaintiff, Mark E. Webster, by and through his attorney, Patrick M. McCann, and for his Complaint to Compel Turnover of Asset, states as follows:

1.  That on October 12, 2012, the Debtor filed for relief under Chapter 13 of the Bankruptcy Code.

2.  That at the time of filing the Debtor was obligated to the creditor, Midwest Title Loans, in regards to a debt secured by a 1995 Chevy Dually.

3.  That the chapter 13 plan calls for payment of the entire debt of $2,216.25 at 5.25% interest.

4.  That creditor obtained possession of the vehicle on or about September 24, 2012.

5.  That creditor should be required to turnover such 1995 Chevy Dually to debtor pursuant to Section 542 of the Bankruptcy Code.

WHEREFORE, the Debtor prays this Court enter an Order compelling Midwest Title Loans to turnover the 1995 Chevy Dually and for such other relief as the Court deems just and proper.

Dated:   October 17, 2012

**MARK E. WEBSTER**

**BY:   /s/   Patrick M. McCann**
          Patrick M. McCann
          Attorney at Law
          105 East Walnut Street
          Murphysboro, IL 62966
          Ph: 618-684-5122
          Fax: 618-6848260

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE BY MAIL**

| | | | |
|---|---|---|---|
| **STATE OF ILLINOIS** | ) | | **Case No.  12-41267** |
| | ) | | **Adversary No.** |
| **CITY OF MURPHYSBORO** | ) | **SS** | **Chapter 13** |
| | ) | | |

Patrick M. McCann, being duly sworn, deposed and says:

Deponent is not a part to the action, is over 18 years of age, and resides in Jackson County, Illinois.

On October 17, 2012, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Complaint to Compel Turnover of Asset.**

The Deponent served electronically the **Complaint to Compel Turnover of Asset** to the following parties:

Donna N. Beyersdorfer                        Bob Kearney                    U.S. Trustee

And served by mail the following parties:

**Midwest Title Loans**
**2225 Broadway**
**Mount Vernon, IL 62864**

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Murphysboro, Illinois depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

　　　　　　　　　　　　　　　　　　　　 **/s/ Patrick M. McCann**
　　　　　　　　　　　　　　　　　　　　　　　 Patrick M. McCann
　　　　　　　　　　　　　　　　　　　　　　　 Attorney at Law
　　　　　　　　　　　　　　　　　　　　　　　 105 East Walnut Street
　　　　　　　　　　　　　　　　　　　　　　　 Murphysboro, IL 62966
　　　　　　　　　　　　　　　　　　　　　　　 PH: (618) 684-5122
　　　　　　　　　　　　　　　　　　　　　　　 Fax: (618) 684-8260
　　　　　　　　　　　　　　　　　　　　　　　 E-mail: *mccann@mccann-law.com*